```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,

                         Plaintiff,

-against-

THE IDW GROUP, LLC, and
PATRIK EDSPARR,

                         Defendants.

**ECF CASE**

08 Civ. 9116 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

       WHEREAS the May 15, 2009 joint letter of Plaintiff and Defendant The IDW Group, LLC ("IDW") requests an adjournment of the deadlines for post-discovery dispositive motions, pending the appearance of the parties before this Court on May 29, 2009;

       It is hereby ORDERED that counsel for Plaintiff and Defendant IDW are directed to appear before this Court for a status conference on **Friday, May 29, 2009, at 11:00 A.M., in Courtroom 18B** of the United States Courthouse, 500 Pearl Street, New York, New York.

       It is further ORDERED that the deadlines for post-discovery dispositive motions set forth in this Court's March 11, 2009 order are adjourned, pending the May 29, 2009 status conference.

Dated: New York, New York
       May 18, 2009

                                              SO ORDERED.

                                              _____
                                              Paul G. Gardephe
                                              United States District Judge