```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,

                       Plaintiff,

        -against-

THE IDW GROUP, LLC, and PATRIK EDSPARR,

                    Defendants.

08 Civ. 9116 (PGG)

**ORDER**

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS Plaintiff's July 9, 2009 letter requests: (1) over Defendant Patrik Edsparr's ("Edsparr") objection, an extension until August 17, 2009 to serve its opposition to Defendant Edsparr's motion to dismiss; and (2) on behalf of all parties, an adjournment of the July 17, 2009 status conference until August 26, 2009, at 10:45 A.M.;

      It is hereby ORDERED that Plaintiff shall serve its opposition to Defendant Edsparr's motion to dismiss by July 31, 2009.

      It is further ORDERED that the July 17, 2009 conference in the above-captioned action is adjourned until Wednesday, August 26, 2009, at 10:45 A.M., in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       July 10, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge