(GARDEPHE/S)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMorgan Chase Bank, N.A., | 08-cv-9116 (PGG) |
| Plaintiff, | |
| -against- | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| The IDW Group, LLC and Patrik Edsparr, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by the parties to this action, by their respective undersigned counsel of record, that the above-captioned action (including all claims and counterclaims asserted therein) hereby is dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other.

Dated: New York, New York
       July 31, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____

Michael Delikat
James H. McQuade
Devin Slack
666 Fifth Avenue
New York, New York 10103

*Attorneys for JPMorgan Chase Bank, N.A.*

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

By: _____

Debra L. Raskin
Jeremiah Iadevaia
1501 Broadway, Suite 800
New York, New York 10036

*Attorneys for Defendant The IDW Group, LLC*

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: _____

Sean W. Gallagher
Andrew C. Baak
54 W. Hubbard St., Suite 300
Chicago, IL 60654

*Attorneys for Defendant Patrik Edsparr*

LEADER & BERKON LLP

By: _____

S. Alyssa Young
630 Third Avenue
New York, New York 10017

*Attorneys for Defendant Patrik Edsparr*

All pending motions are dismissed as moot.

SO ORDERED:

_____
U.S.D.J.

Dated: August 4, 2009